UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WILLIAM C. BEVERLY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-0160-DFH-WGH |
| BRIAN TALSMA, | ) |
| Defendant. | ) |

FINAL JUDGMENT

The court, having this day made its Entry granting defendant's motion for summary judgment, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff William C. Beverly take nothing by his complaint against defendant Brian Talsma and that this action is dismissed without prejudice.

Date: March 28, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

-2-

Copies to:

David L. Jones
BOWERS HARRISON LLP
dlj@bowersharrison.com

Robert W. Rock
BOWERS HARRISON LLP
rwr@bowersharrison.com

WILLIAM C. BEVERLY
#892754
5603 Ridgecrest Rd.
Louisville, KY 40218